4 A.3d 155

Lewis A. FAULK, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

Sept. 29, 2010.

*ORDER*

PER CURIAM.

**AND NOW,** this 29th day of September, 2010, the Order of the Commonwealth Court is AFFIRMED.